UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERNARDO MEJIAS GONZALEZ, *pro se*,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-5403 (DLI)

SEP 30 2008

A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 30, 2008, granting the Commissioner's motion for judgment on the pleadings; and dismissing the appeal in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that the appeal is dismissed in its entirety.

Dated: Brooklyn, New York
        October 02, 2008

Robert C. Heinemann
Clerk of Court

By: S/TV
     Terry Vaughn
     Chief Deputy of
     Court Operations